IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| CODY JAMES BELGARDE | Violations: 18 U.S.C. §§ 924(d), 1111, and 1153; and 28 U.S.C. § 2461(c) |

**First-Degree Murder within Indian Country**

The Grand Jury Charges:

On or about January 14, 2021, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

CODY JAMES BELGARDE,

an Indian, willfully, deliberately, maliciously, and with premeditation and malice aforethought, did unlawfully kill, L.V.C., by shooting L.V.C.;

In violation of Title 18, United States Code, Sections 1111 and 1153.

FORFEITURE ALLEGATION

The Grand Jury Further Finds Probable Cause That:

Upon conviction of the offense alleged in this Indictment,

CODY JAMES BELGARDE

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to, the following:

- One Remington 870 Express, 12-gauge shotgun, Serial Number X127509M.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Nicholas W. Chase
NICHOLAS W. CHASE
Acting United States Attorney

LHC/vt