IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CODY JAMES BELGARDE,<br><br>Defendant. | Case No. 3:21-cr-00058<br><br>**UNITED STATES' MOTION FOR HEARING** |

The United States of America, by Mac Schneider, United States Attorney for the District of North Dakota, and Lori H. Conroy, Assistant United States Attorney, respectfully requests the Court schedule a hearing in this case in order to call witnesses to testify in person to adequately complete the factual record necessary for its response to Defendant's Motion to Suppress Defendant's statements to law enforcement on January 18 and February 17, 2021. (Doc. 93.)

The United States, therefore, requests a suppression hearing be scheduled for Tuesday, October 24, 2023, at 1:30 p.m., with the Defendant being present for this hearing.

Dated: October 11, 2023

MAC SCHNEIDER
United States Attorney

By: */s/ Lori H. Conroy*
LORI H. CONROY
Assistant United States Attorney
ND Bar ID 06416
655 First Avenue North, Suite 250
Fargo, ND 58102-4932
(701) 297-7400
lori.conroy@usdoj.gov
Attorney for United States

By: */s/ Mac Schneider*
ND Bar ID 06476
655 First Avenue North, Suite 250
Fargo, ND 58102-4932
(701) 297-7400
mac.schneider@usdoj.gov
Attorney for United States